UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION NO. 2:22-cv-01771-DJP- JVM |
| Plaintiff, | JUDGE: DARREL JAMES PAPILLION |
| VERSUS | MAGISTRATE JUDGE: JANIS VAN MEERVELD |
| HOLLIS P. DAY, JR., | |
| Defendant. | |

**CONSENT MOTION TO CONTINUE SUBMISSION DATE AND FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY**

Defendant Hollis P. Day, Jr. respectfully moves this Court for a continuance of the June 12, 2024, submission date for plaintiff U.S. Securities and Exchange Commission's (SEC) Motion for Partial Summary Judgment (R. Doc. 58) to the Court's next available setting, June 26, 2024. Additionally, defendant further requests this Court extend its date to file an opposition to the SEC's motion to June 4, 2024. Finally, defendant requests this Court extend the SEC's date to file its reply to June 18, 2024.

Plaintiff has consented to an extension of the foregoing dates. An extension of the defendant's date to oppose plaintiff's partial motion for summary judgment—and an extension of plaintiff's time to reply—will not unduly delay determination of this matter or frustrate the forthcoming dates in the Court's Scheduling Order.

2

Respectfully submitted,

*/s/ Robert A. Waldrup*
John W. Joyce, 27525
Robert A. Waldrup, 37345
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Facsimile:  504-589-9701
jjoyce@barrassousdin.com
cchetta@barrassousdin.com
rwaldrup@barrassousdin.com

*Attorneys for Hollis P. Day, Jr.*